THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 Ruth P., Corey
 P., and John Doe, Defendants,
 
 Of whom Ruth P.
 is the Appellant.
 
 
 In the interest of two minor children under the age of 18.
 
 
 In the interest of two minor children under the age of 18.
 
 
 

Appeal From Berkeley County
Jack A. Landis, Family Court Judge

Unpublished Opinion No. 2011-UP-051
 Submitted February 1, 2011  Filed
February 4, 2011    

AFFIRMED

 
 
 
 J. Jay Hulst, of Moncks Corner, for
 Appellant.
 Wolfgang Louis Kelly, of Moncks Corner,
 for Respondent.
 Sean F. Keefer and Revonda Hardesty, both of
 Moncks Corner, for Guardian ad Litem. 
 
 
 

PER CURIAM: Ruth P. appeals from the family court's final order terminating her parental
 rights to her minor children.  S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.        

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.